# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DESERAE RYAN, and TRENT RAU, individually and on behalf of all others similarly situated;

Plaintiff(s),

v.

MICROSOFT CORPORATION, a Washington corporation;

Defendant(s).

Case No: 5:14-cv-04634-EJD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Robert J. Maguire, an active member in good standing of the bar of Washington State and Alaska, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Microsoft Corporation in the above-entitled action. My local co-counsel in this case is Allison A. Davis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1201 Third Avenue, Suite 2200<br>Seattle, WA  98101-3045 | 505 Montgomery Street, Suite 800<br>San Francisco, CA  94111 |
| MY TELEPHONE # OF RECORD:<br>(206) 622-3150 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 276-6500 |
| MY EMAIL ADDRESS OF RECORD:<br>robmaguire@dwt.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>allisondavis@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: WSBA 29909 and AKBN 9812093.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: November 10, 2014                                        Robert J. Maguire
                                                                                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Robert J. Maguire is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  11/18/2014

UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                               *October 2012*

# The Supreme Court of the State of Alaska

*Certificate of Good Standing*

I, Marilyn May, Clerk of the Supreme Court of the State of Alaska, do hereby certify that:

## Robert J. Maguire

was admitted to practice before all courts of the State of Alaska on December 8, 1998; that Robert J. Maguire's professional character appears to be good; and that he is presently an active member in good standing in this court.

Dated at Anchorage, Alaska on May 13, 2014

Marilyn May
Clerk of the Supreme Court

By: _Beth A. Pechota_
Beth A. Pechota, Deputy Clerk

