Stephen M. Rummage (admitted *pro hac vice*)
steverummage@dwt.com
Robert J. Maguire (admitted *pro hac vice*)
robmaguire@dwt.com
Candice M. Tewell (admitted *pro hac vice*)
candicetewell@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700

Allison A. Davis (CA State Bar No. 139203)
allisondavis@dwt.com
Sanjay M. Nangia (CA State Bar No. 264986)
sanjaynangia@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599

Attorneys for Microsoft Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DESERAE RYAN, and TRENT RAU, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington corporation;<br><br>Defendant. | Case No. 5:14-cv-04634-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR MICROSOFT CORPORATION'S MOTION TO TRANSFER, MOTION TO DISMISS, AND REQUEST FOR JUDICIAL NOTICE**<br><br>**[Civ. L.R. 6-1(b), 6-2]** |

## STIPULATION

WHEREAS, on December 15, 2014, Defendant Microsoft Corporation ("Microsoft") filed a Motion to Transfer under 28 U.S.C. § 1404(a) [Dkt. 25], Motion to Dismiss [Dkt. 32], and Request for Judicial Notice [Dkt. 33];

WHEREAS, the current deadline for Plaintiffs to respond to the Motion to Transfer, Motion to Dismiss, and Request for Judicial Notice is December 29, 2014;

WHEREAS, the current deadline for Microsoft to reply in support of its Motion to Transfer, Motion to Dismiss, and Request for Judicial Notice is January 5, 2015;

WHEREAS, this Stipulation is supported by the contemporaneously filed Declaration of Candice Tewell.

NOW THEREFORE, Plaintiffs and Microsoft HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for Plaintiffs to respond to the Motion to Transfer, Motion to Dismiss, and Request for Judicial Notice is January 15, 2015.

2. The deadline for Microsoft to reply in support of its Motion to Transfer, Motion to Dismiss, and Request for Judicial Notice is January 28, 2015.

3. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED:  December 16, 2014                DAVIS WRIGHT TREMAINE LLP

By:   */s/ Allison A. Davis*

Stephen M. Rummage (*pro hac vice* pending)
Robert J. Maguire (*pro hac vice* pending)
Candice M. Tewell (*pro hac vice* pending)
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:   (206) 622-3150
Facsimile:    (206) 757-7700

Allison A. Davis (CA State Bar No. 139203)
Sanjay M. Nangia (CA State Bar No. 264986)
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599

*Counsel for Defendant Microsoft Corporation*

DATED:  December 16, 2014

THE MARKHAM LAW FIRM

By: _____*/s/ Janine Menhennet*_____
           Janine Menhennet

David R. Markham
Peggy Reali
Janine Menhennet
Maggie K. Reallin
THE MARKHAM LAW FIRM
750 B Street, Suite 1950
San Diego, CA  92101
Telephone:  (619) 399-3995
Facsimile:  (619) 615-2067
dmarkham@markham-law.com
preali@markham-law.com
jmenhennet @markham-law.com
mreallin@markham-law.com

## ATTESTATION

I, Allison A. Davis, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

    */s/ Allison A. Davis*
Allison A. Davis

## **ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

DATED:  ___ December 16, 2015

*Lucy H. Koh* (signature)
LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

---

3
STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING BRIEFING SCHEDULE
*Ryan v. Microsoft Corp.*, Case No. 5:14-cv-04634-LHK
DWT 25538140v1 0025936-002211

DAVIS WRIGHT TREMAINE LLP