United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DESERAE RYAN, et al.,

   Plaintiffs,

  v.

MICROSOFT CORPORATION,

   Defendant.

Case No.:  14-CV-04634-LHK

**CASE MANAGEMENT ORDER**

Plaintiffs' Attorney: Janine R. Menhennet
Defendant's Attorney: Stephen M. Rummage

   An initial case management conference was held on February 11, 2015. A further case management conference is set for May 13, 2015, at 2:00 p.m. The parties shall file their joint case management statement by May 6, 2015.

   The parties shall exchange initial disclosures by February 18, 2015.

   The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: April 13, 2015

FACT DISCOVERY CUTOFF: June 24, 2016

EXPERT DISCOVERY:
   Opening Reports: July 8, 2016
   Rebuttal Reports: August 5, 2016
   Close of Expert Discovery: August 19, 2016

1

DISPOSITIVE MOTIONS

      Motion for Summary Judgment/Summary Adjudication: September 2, 2016
      Opposition: September 30, 2016
      Reply: October 17, 2016
      Hearing: November 3, 2016, at 1:30 p.m. The parties are limited to one dispositive motion
      per side in the entire case.

FINAL PRETRIAL CONFERENCE: February 2, 2017, at 1:30 p.m.

JURY TRIAL: February 27, 2017, at 9:00 a.m. Trial is set for 10 days.

**IT IS SO ORDERED.**

Dated: February 11, 2015

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

2