UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DESERAE RYAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br>　　　　Defendant. | Case No.  14-cv-04634-LHK<br><br>**CASE MANAGEMENT ORDER** |

In light of the parties' joint case management statement, the Court CONTINUES the May 13, 2015 case management conference to August 19, 2015, at 2 p.m. The parties are ordered to file a joint case management statement by August 12, 2015.

The Court has not stayed discovery in this case and the case schedule remains as set.

CLASS CERTIFICATION MOTION

　　Motion for class certification: November 24, 2015
　　Opposition: January 14, 2016
　　Reply: February 11, 2016
　　Hearing: March 3, 2016

FACT DISCOVERY CUTOFF: June 24, 2016

EXPERT DISCOVERY:
　　Opening Reports: July 8, 2016

Case No.14-cv-04634-LHK
CASE MANAGEMENT ORDER

1

    Rebuttal Reports: August 5, 2016
    Close of Expert Discovery: August 19, 2016

DISPOSITIVE MOTIONS

    Motion for Summary Judgment/Summary Adjudication: September 2, 2016
    Opposition: September 30, 2016
    Reply: October 17, 2016
    Hearing: November 3, 2016, at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: February 2, 2017, at 1:30 p.m.

JURY TRIAL: February 27, 2017, at 9:00 a.m. Trial is set for 10 days.

**IT IS SO ORDERED.**

Dated: May 11, 2015

                                                    _____
                                                    LUCY H. KOH
                                                    United States District Judge