UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DESERAE RYAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No.14-CV-04634-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorneys: Tyler Belong, Janine Menhennet
Defendant's Attorneys: Stephen Rummage, Candice Tewell

A case management conference was held on August 19, 2015. A further case management conference is set for October 1, 2015, at 1:30 p.m. The parties shall file their joint case management statement by September 24, 2015.

The Court amended the case schedule as follows:

CLASS CERTIFICATION:

　　Motion: March 3, 2016
　　Opposition: April 14, 2016
　　Reply: May 5, 2016
　　Hearing: May 26, 2016, at 1:30 p.m.

FACT DISCOVERY CUTOFF: August 11, 2016

1

Case No. 14-CV-04634-LHK
CASE MANAGEMENT ORDER

EXPERT DISCOVERY:
  Opening Reports: August 25, 2016
  Rebuttal Reports: September 15, 2016
  Close of Expert Discovery: September 29, 2016

DISPOSITIVE MOTIONS shall be filed by October 27, 2016, and set for hearing no later than December 8, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: February 2, 2017, at 1:30 p.m.

JURY TRIAL: February 27, 2017, at 9:00 a.m.  Trial is expected to last 10 days.

**IT IS SO ORDERED.**

Dated: August 19, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 14-CV-04634-LHK
CASE MANAGEMENT ORDER